# In the United States Court of Federal Claims

No. 21-2187 C

(Filed: January 6, 2022)

```
* * * * * * * * * * * * * * * * *  *
                                   *
QUORDALIS V. SANDERS,              *
                                   *
                  Plaintiff,       *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## ORDER

      On November 15, 2021, *pro se* Plaintiff, Quordalis V. Sanders, filed a complaint in this Court alleging, *inter alia*, that various state and federal officials acted improperly with regard to his criminal conviction and continued imprisonment, thereby violating his constitutional rights. *See* ECF No. 1. Plaintiff did not pay the mandatory $402 filing fee with his complaint.

      On December 1, 2021, the Court ordered Plaintiff to pay the filing fee "[p]ursuant to 28 U.S.C. § 1915(g), because Plaintiff has previously filed at least three complaints that were dismissed as frivolous, malicious, or for failure to state a claim, and because Plaintiff's instant complaint fails to demonstrate that he is under imminent threat of serious physical injury . . . ." ECF No. 6. In that order, the Court also observed that "[o]n the face of the pleadings, this Court is unlikely to provide the relief Plaintiff seeks because it almost certainly lacks subject matter jurisdiction to adjudicate" the matters described therein. *Id*. The Court ordered Plaintiff to pay the filing fee on or before January 3, 2022, otherwise the complaint would be dismissed pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). *Id*. Plaintiff failed to do so.[1]

---

[1] Rather than pay the filing fee, Plaintiff filed a motion with the Court asserting that he should be allowed to proceed *in forma pauperis*. However, because of previous complaints Plaintiff has filed in courts of the United States, he is no longer entitled to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(g) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.").

Accordingly, Plaintiff's complaint is hereby **DISMISSED** with prejudice pursuant to RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . ."). The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
Zachary N. Somers
Judge